IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter<br><br>of<br><br>The Complaint of Kona Honu Divers, Inc., as owner of HONU ONE, O.N. 1122486, her engines, tackle, appurtenances, etc., for exoneration from or limitation of liability. | Civil No. 22-00431 JAO-KJM<br><br>ORDER ADOPTING THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT LIMITATION PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST ALL CLAIMANTS WHO HAVE NOT FILED A CLAIM AND ANSWER |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT LIMITATION PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST ALL CLAIMANTS WHO HAVE NOT FILED A CLAIM AND ANSWER**

Findings and Recommendation having been filed and served on all parties on April 13, 2022, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation is adopted as the opinion and order of this Court.

DATED:  Honolulu, Hawaiʻi, May 1, 2023.



Jill A. Otake
United States District Judge